*Awaiter [illegible]*

## CORRESPONDENCE RE 23-4451 UNITED STATES OF AMERICA v. PATRICK TATE ADAMIAK

VIA E-MAIL AND UNITED STATES MAIL

The United States
Court of Appeals
for the Fourth Circuit
1100 E. Main Street
Richmond, VA 23219

Victoria Liu
Attorney for the Government
Victoria.Lui@usdoj.gov

The Honorable Court,

I am Patrick Adamiak. My counsel of record for my ongoing appeal is Mr. Dennis Jones, CJA counsel who began representing me in July of 2023. I made it very clear to Mr. Jones that I needed to exercise my right to review the substance of his briefs before they were filed, and specified that he not submit any briefing before I could review and approve it. Mr. Jones agreed to this, and I feel it a reasonable request.

As deadlines approached more than one time, as this Court has observed, my counsel requested extensions. At no point was I provided with a brief to review or comment on. I repeatedly expressed my concern with not having an opportunity to review the initial brief, and was met with myriad excuses. I stated that I need a reasonable amount of time to study the brief and the issues contained therein and be provided with an opportunity to discuss with him.

Upon grant of the most recent 30-day extension, Mr. Jones informed me I would have his final brief by December 5th for my comments. He missed his deadline due to being ill with covid. He then promised one final delivery date of 18th for me to review his work. He did not make this deadline.

Concerningly, around this same time, Mr. Jones advised me that the courts denied a voucher for the joint appendix, to which he expressed concern about being compensated. He stated that he will immediately file a notice to withdraw from my case if that did not change, as "business is business".

After not receiving the brief by December 18, I began emailing and calling Mr. Jones on a daily basis to check the status of the issue and to ask about my brief. He did not respond. After countless failed attempts to reach him, he finally answered his personal cell phone and informed me that he had a stroke. He refused to provide me with any information on my brief besides that he will do what the court asks him to do. I told him once again that I am not okay with it being submitted without my approval. He hung up the phone on me.

RECEIVED

2024 JAN 17 P 2: 20

U.S. COURT OF APPEALS
FOURTH CIRCUIT

Immediately after our call, I sent him a follow up-email with explicit instructions. I stated that "If you do not intend to allow me to see my brief and discuss with you before it is submitted, then immediately file a notice to withdraw from my case and do not file it." I sent multiple emails and had family members relay this message to his personal phone.

I was informed by a third party that Mr. Jones filed an extension to January 5th acknowledging my requirement to exercise my right to review the documents.

As I write this correspondence on January 4th 2024, I have had zero communication with Mr. Jones since an email on December 11th 2023 and our brief phone call on December 26th 2023. He refuses to communicate with me. My power-of-attorney-holder contacted the CJA panel on my behalf to express our concerns and we were advised that he is required to show me the brief, and to wait to see what happens. They annotated my file. I am not certain if Mr. Jones has withdrawn from my case at this point.

I respectfully request that the court affords me the opportunity to exercise my right to review my brief, and allows me to replace Mr. Jones—and his filings—with those of counsel that will respect my right to review the documents submitted on my behalf. I have engaged with private counsel that I believe will satisfy this.

Respectfully,
/S/ PATRICK TATE ADAMIAK BY AIF A.L.M

Patrick Adamiak
*Through POA A.L.M.*

Adam Myers
405 Robbins Ln
Virginia Beach, VA 23452

NWAMAKA ANOWI, CLERK
US COURT OF APPEALS FOURTH CIRCUIT
1100 EAST MAIN ST, SUITE 501
RICHMOND, VA 23219

HAYGOOD STA

JAN 12 2024

23455 USPS

USA ★ FOREVER

Filed: 01/17/2024     Doc: 41     USCA4 Appeal: 23-4451

# PRIORITY® MAIL

**FLAT RATE E** 
ONE RATE ■ ANY WEIGH

APPLY PRIORITY MAIL PO

*Retail*





23219

RDC 03     0 Lb 0.90 Oz

U.S. POSTAGE PAID
PM
VIRGINIA BEACH, VA 23455
JAN 12, 2024

**$13.04**

R2305E124963-2

EXPECTED DELIVERY DAY: 01/16/24
USPS SIGNATURE® TRACKING #



9510 8167 1817 4012 1282 75



RECEIVED
U.S. MARSHALS

For Interna

EP14H July 2022 Outer Dimension: 10 x 5

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.

*PRESS FIRMLY TO SEAL*

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS00001000064

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

*PRESS FIRMLY TO SEAL*

EP14H July 2022
OD: 10 x 5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# TRACKED ■ INSURED

EP14H © U.S. Postal Service; July 2022; All rights reserved.