FILED: January 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's pro se motion to appoint new counsel on appeal, the court denies the motion without prejudice to appellant seeking leave to file a pro se supplemental brief accompanied by the proposed brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk