IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-4451 |
| | ) | |
| PATRICK TATE ADAMIAK, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## Government's Unopposed Motion for an
## Extension of Time to File Its Response Brief

The defendant has filed his opening brief in this matter and the government's response brief is currently due on January 31, 2024. The government respectfully moves this Court for a 21-day extension, until February 21, 2024, to file its brief. The government has consulted with defense counsel, who does not oppose this request.

The government has not previously sought an extension in this case. The government is proceeding diligently in preparing its response but believes that an extension is warranted. In recent weeks, the undersigned devoted significant time to preparing for oral argument before this Court in *United States v. Askew*, No. 23-4222 (argued on January 26, 2024). The undersigned also assisted with the government's response briefs in *United States v. Chaudri*, No. 23-4054 (L) (filed on January 10, 2024), and in *United States v. Contreras*, No. 22-4745 (L) (due on

January 31, 2024).  Additionally, the undersigned spent considerable time training

a new Assistant U.S. Attorney who started in the Eastern District of Virginia on

January 17, 2024.

Given this recent activity, as well as other obligations, an extension of the

filing deadline would assist the government in preparing its response in this matter.

Therefore, the government requests a 21-day extension, until February 21, 2024, to

file its response brief.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:    _____/s/_____

Jacqueline R. Bechara
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700