# CORRESPONDENCE RE 23-4451 UNITED STATES OF AMERICA v. PATRICK TATE ADAMIAK

VIA UNITED STATES MAIL

The United States Court of Appeals For the Fourth Circuit
1100 E. Main Street
Richmond, VA 23219

In response to Mr. Jones' motion to withdraw that was received by myself via USPS mail on 30JAN2024.

1. Mr. Jones was informed that all filings must be reviewed and approved by myself prior to submission. Mr. Jones agreed with this requirement however failed to deliver brief on four separate occasions. Mr. Jones does not dispute this in his reply.

2. Mr. Jones was never advised that Attorney Matthew Larosiere was preparing or submitting my brief, as that is not the case. Mr. Larosiere is still not retained. On 01SEP2023 Mr Jones was informed that Mr. Larosiere, an issue area expert, was available to assist Mr. Jones *pro bono*. Mr. Jones declined the help of any third party and advised client that receiving such help is against the CJA rules.

3. Mr. Jones was merely informed that various organizations expressed interest in filling an amicus curiae brief, however more information was being requested by organizational attorneys. Mr. Jones refused to cooperate, advising client that it is against CJA rules.

4. Mr. Jones completely ceased all communication on 11DEC2023 and failed to allow his client to review the brief as agreed upon. As a consequence, client advised Mr. Jones withdraw from case on 26DEC2023.

5. Mr. Jones submitted an unauthorized and incorrect brief despite explicitly being told not to do so. The brief filed 10JAN2024 is missing several key issues that were discussed and agreed upon, and cedes essential arguments. It is evident that Mr. Jones is confused on the facts of the case as the brief contains factually false information and misstatements of law. In his response, Mr. Jones he did not contest the fact that the brief contains factually false information and was not authorized by the client.

6. The attorney-client relationship in this case has become an unworkable arrangement. Legal counsel refuses to respond to emails or answer phone calls. Legal counsel did not respect client's right to review the brief and has become hostile on several occasions, suggesting that my interest in my case and pro-activeness is micro-managing.

Defendant-appellant expects private counsel's appearance in this case this week, and respectfully requests this Honorable Court allows Mr. Jones and his filings to be replaced with privately retained counsel that will respect my rights, address all issues pertinent to this appeal, and effectively communicate with me.

Respectfully,

/S/ Patrick Adamiak VIA P.O.A. ALM

Patrick Adamiak

Through POA A.L.M.

RECEIVED

2024 FEB -7 P 2:27

U.S. COURT OF APPEALS
FOURTH CIRCUIT




U.S. POSTAGE PAID
PM
VIRGINIA BEACH, VA 23455
FEB 05, 2024

$~~~~~~~~~~~$

R2305E124963-2

RDC 03

# PRIORITY® ★ MAIL ★



**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** PATRICK ADAMIAK / ADAM MYERS
405 ROBBINS LN
VIRGINIA BEACH VA 23452

RECEIVED
U.S. MARSHALS

**TO:**
NWAMAKA ANOWI, CLERK
US COURT OF APPEALS FORTH CIRCUIT
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219

Label 228, March 2016      FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.