FILED: February 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

    Defendant - Appellant

_____

O R D E R
_____

The court suspends briefing pending further order of the court and relieves Dennis Jones from further representation of appellant on appeal. On or before February 20, 2024, counsel for appellant is directed to advise this court whether he will adopt the previously filed brief or file a supplemental opening brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk