UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

No. 23-4451

PATRICK TATE ADAMIAK,

Defendant-Appellant.

_____

## APPELLANT PATRICK ADAMIAK'S RESPONSE TO THE ORDER DATED FEBRUARY 9, 2024 AND MOTION TO STRIKE AND AMEND BRIEFING SCHEDULE

This honorable court directed the undersigned to advise this court whether he will adopt the previously filed brief or file a supplemental opening brief. Upon review of the substantial record, and the previously filed brief, appellant hereby moves this honorable court to strike the filing of January 5, 2024 (Doc. 34) (hereinafter "the first brief") as unauthorized pursuant to this court's inherent authority. The undersigned conferred with counsel for the government, who took no position on this motion to strike and to amend the briefing schedule. Appellant respectfully requests he be given 45 days to file a new opening brief.

In support of the motion, Appellant states:

1) Appellant Adamiak moved this court *pro se* to appoint new counsel, citing concerns that his previous counsel had refused to share the substance of the first brief with Appellant. (Doc. 41).

2) In his reply, Appellant's previous counsel did not deny that the filing of the first brief was against the direction, and without authorization, of Appellant. (Doc. 43).

3) In his reply, Appellant's previous counsel stated he "believes that the Attorney/client conflict in this case is so great as to result in a lack of communication preventing adequate representation of Defendant-Appellant." (Doc. 43 at 5).

4) This appeal poses concerns in emergent areas of law that are due serious consideration especially with an incarcerated appellant.

5) No party would be prejudiced by the granting of the relief requested.

**WHEREFORE**, appellant Adamiak respectfully requests this honorable Court strike first brief, and grant appellant 45 days to file a new opening brief.

Respectfully submitted this 19th day of February, 2024,

/s/ Matthew Larosiere
The Law Office of Matthew Larosiere
6964 Houlton Cir,
Lake Worth FL 33467
Tel: (561) 452 7575
Larosieremm@gmail.com

## Certificate of Service

I certify that a copy of the foregoing was sent by CM/ECF on February 19, 2024, and notice of this filing was electronically served on all parties there registered for service.

/s/ Matthew Larosiere
*Counsel for Appellant Patrick Tate Adamiak*

## Certificate of Compliance

1) This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. (32(f), this document contains 408 words.

2) This document complies with typeface requirements because it has been prepared in a proportional spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Respectfully submitted,

*/s/ Matthew Larosiere*