UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

No. 23-4451

PATRICK TATE ADAMIAK,

Defendant-Appellant.

_____

### MOTION TO ACCEPT JOINT APPENDIX FILED OUT OF TIME

Appellant's brief and joint appendix were due April 25, 2024 (Doc. 54). Appellant filed his brief on time. (Doc. 55). However, the undersigned counsel for appellant misjudged the amount of time it would take to upload the volumes of the joint appendix, resulting in it being filed two minutes after it was due. (Doc. 56). The undersigned conferred with counsel for the government, who consents to this request.

**WHEREFORE**, appellant Adamiak respectfully requests this honorable Court accept the appendix filed out of time.

Respectfully submitted this 26th day of April, 2024,

/s/ Matthew Larosiere
The Law Office of Matthew Larosiere

6964 Houlton Cir,
Lake Worth FL 33467
Tel: (561) 452 7575
Larosieremm@gmail.com

## Certificate of Service

I certify that a copy of the foregoing was sent by CM/ECF on April 26, 2024, and notice of this filing was electronically served on all parties there registered for service.

/s/ Matthew Larosiere
*Counsel for Appellant Patrick Tate Adamiak*

## Certificate of Compliance

1) This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. (32(f), this document contains 92 words.

2) This document complies with typeface requirements because it has been prepared in a proportional spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Respectfully submitted,

*/s/ Matthew Larosiere*