FILED: April 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

    Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to file the joint appendix out of time.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk