FILED: April 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number VIII under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk