FILED: May 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

      Defendant - Appellant

------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

      Amici Supporting Appellant

_____

O R D E R
_____

Firearms Policy Coalition and FPC Action Foundation filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk