IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-4451 |
| | ) | |
| PATRICK TATE ADAMIAK, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**Government's Unopposed Motion for an
Extension of Time to File Its Response Brief**

The defendant has filed his opening brief in this matter and the government's response brief is currently due on May 16, 2024. The government respectfully moves this Court for a 28-day extension, until June 13, 2024, to file its brief. The government has consulted with defense counsel, who does not oppose this request.

The government has not sought an extension since the filing of the April 25, 2024, opening brief. The government is proceeding diligently in preparing its response brief but believes that an extension is warranted. In recent weeks, the undersigned prepared the government's opening briefs and joint appendices in *United States v. Johnson*, No. 23-6896 (filed on April 19, 2024), and *United States v. Ray*, No. 24-4024 (filed on May 3, 2024). During the week of April 29 to May 3, the undersigned also devoted significant time to participating in moots to assist

her colleagues preparing for oral arguments before this Court during the May sitting. The undersigned is also responsible for drafting the government's response to the postconviction motion in *United States v. Richardson*, No. 3:00-cr-383 (E.D. Va. due on May 20, 2024), and reviewing the government's response briefs in *United States v. Alvarado Dubon*, No. 24-4076 (due on May 17, 2024), *United States v. Crawley* (due on May 22, 2024), and *United States v. Mattocks*, No. 23-4271 (due on May 31, 2024).

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its response in this matter. Therefore, the government requests a 28-day extension, until June 13, 2024, to file its response brief.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  /s/
Jacqueline R. Bechara
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

2