IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 23-4451 |
| ) | |
| PATRICK TATE ADAMIAK, ) | |
| ) | |
| Defendant-Appellant. ) | |

**Government's Unopposed Motion for an
Extension of Time to File Its Response Brief**

The defendant has filed his opening brief in this matter and the government's response brief is currently due on June 13, 2024. The government respectfully moves this Court for a 30-day extension, until July 13, 2024, to file its brief. The government has consulted with defense counsel, who does not oppose this request.

The government is proceeding diligently in preparing its response brief but believes that an extension is warranted. Since May 13, 2024, two Assistant U.S. Attorneys in the Appellate Unit of the U.S. Attorney's Office for the Eastern District of Virginia have been on parental leave, and there remains an attorney vacancy in the Unit. As a result, the undersigned has assumed an increased workload in order to cover the Office's briefing deadlines in this Court and in the district court.

Meanwhile, in recent weeks, the undersigned prepared the government's response to the postconviction motion in *United States v. Richardson*, No. 3:00-cr-383 (E.D. Va. filed on May 20, 2024), the government's memorandum response brief in *United States v. Vane*, No. 24-4257 (filed on May 24, 2024), and the government's supplemental trial brief in *United States v. Dixie*, No. 4:22-cr-74 (E.D. Va. filed on June 1, 2024). The undersigned also reviewed the government's response briefs in in *United States v. Butkiewicz*, No. 23-4672 (filed on May 31, 2024), *United States v. Crawley*, No. 24-6257 (filed on June 5, 2024), and *United States v. Alvarado Dubon*, No. 24-4076 (filed on June 7, 2024), and is currently reviewing the government's response briefs in *United States v. Mattocks*, No. 23-4271 (due on June 17, 2024), and *United States v. Rosales*, No. 23-4673 (due on June 20, 2024).

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its response in this matter. Therefore, the government requests a 30-day extension, until July 13, 2024, to file its response brief.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Jacqueline R. Bechara
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

3