IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | )  No. 23-4451 |
| | ) |
| PATRICK TATE ADAMIAK, | ) |
| | ) |
| Defendant-Appellant. | ) |

**Government's Unopposed Motion for an
Extension of Time to File Its Response Brief**

The defendant has filed his opening brief in this matter and the government's response brief is currently due on July 12, 2024. The government respectfully moves this Court for a 10-day extension, until July 22, 2024, to file its brief. The government has consulted with defense counsel, who does not oppose this request.

The undersigned has made progress in preparing the government's response brief but believes that a short, additional extension is warranted. Because the undersigned was not involved in the district court proceedings in this case, the undersigned requires additional time to thoroughly review the voluminous record and respond to the issues presented in the defendant's opening brief. Further, on June 24, 2024, the Court scheduled oral argument in *United States v. Vane*, No. 24-4257, for July 9, 2024. The undersigned had preexisting travel plans for

the week of July 1–5, 2024. As a result, the undersigned will not have sufficient time to prepare for the oral argument on July 9 and complete this brief by July 12.

Given this recent activity, as well as other obligations, a short extension of the filing deadline would assist the government in preparing its response in this matter. Therefore, the government requests a 10-day extension, until July 22, 2024, to file its response brief.

                                                          Respectfully submitted,

                                                          Jessica D. Aber
                                                          United States Attorney

By:              /s/
                                                          Jacqueline R. Bechara
                                                          Assistant United States Attorney
                                                          Eastern District of Virginia
                                                          2100 Jamieson Avenue
                                                          Alexandria, Virginia 22314
                                                          (703) 299-3700