IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | ) No. 23-4451 |
| | ) |
| PATRICK TATE ADAMIAK, | ) |
| | ) |
| Defendant-Appellant. | ) |

**Government's Unopposed Motion for an
Extension of Time to File Its Response Brief**

The defendant has filed his opening brief in this matter and the government's response brief is currently due on July 22, 2024. The government respectfully moves this Court for a 7-day extension, until July 29, 2024, to file its brief. The government has consulted with defense counsel, who does not oppose this request.

The undersigned is making every effort to complete the government's response brief but requires a short, additional extension of time. In recent weeks, the undersigned spent substantial time preparing for oral argument before this Court in *United States v. Vane*, No. 24-4257 (argued on July 9, 2024). Since then, the undersigned was responsible for reviewing the government's response brief in *United States v. Melaku*, No. 24-4059 (filed on July 11, 2024), and the government's opening brief in *United States v. Fitzpatrick*, No. 24-4102 (due on

July 29, 2024), and is currently reviewing the government's response brief in *United States v. Castro-Aleman*, No. 24-4032 (due on July 22, 2024). The undersigned has also devoted time to advising attorneys throughout the Eastern District of Virginia on the implications of the Supreme Court's recent decision in *United States v. Rahimi*, 144 S. Ct. 1889 (2024). The undersigned has also incurred additional administrative responsibilities in preparing for a review by the Evaluation and Review Staff of the Executive Office for U.S. Attorneys scheduled for the week of July 22–26, 2024.

Given this recent activity, as well as other obligations, a short extension of the filing deadline would assist the government in preparing its response in this matter. Therefore, the government requests a 7-day extension, until July 29, 2024, to file its response brief.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:         /s/
Jacqueline R. Bechara
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

2