FILED: July 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

        Defendant - Appellant

-------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

        Amici Supporting Appellant

_____

O R D E R
_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the response brief absent a showing of extraordinary circumstances.

        Response brief due: 07/29/2024

        Any reply brief permitted within 10 days from service of response brief.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk