# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 30, 2024

_____

RESPONSE REQUESTED

_____

No. 23-4451,   <u>US v. Patrick Adamiak</u>
          2:22-cr-00047-AWA-LRL-1

TO:    Patrick Tate Adamiak

RESPONSE DUE: 08/09/2024

Response is required to the government's motion to file supplemental appendix on or before 08/09/2024.

Anisha Walker, Deputy Clerk
804-916-2704