UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

No. 23-4451

PATRICK TATE ADAMIAK,

Defendant-Appellant.

_____

### APPELLANT PATRICK ADAMIAK'S RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION TO FILE SUPPLEMENTAL APPENDIX

In compliance with this honorable court's direction of July 30, 2024, Appellant Patrick Tate Adamiak respectfully opposes the government's motion to file a supplemental appendix for the following reasons:

Appellant's arguments regarding jury instructions are based on and assert plain error, and cite the appropriate standard of review. Appellant believes the government's focus on proposed instructions—which are not cited by appellant's principal brief—are irrelevant and more likely to lead to issue confusion than assist in the resolution of the issues on appeal.

**WHEREFORE**, appellant Adamiak respectfully requests this honorable Court deny the government's motion.

Respectfully submitted this 9th day of August, 2024,

/s/ Matthew Larosiere
The Law Office of Matthew Larosiere
6964 Houlton Cir,
Lake Worth FL 33467
Tel: (561) 452 7575
Larosieremm@gmail.com

## Certificate of Service

I certify that a copy of the foregoing was sent by CM/ECF on August 9, 2024, and notice of this filing was electronically served on all parties there registered for service.

/s/ Matthew Larosiere
*Counsel for Appellant Patrick Tate Adamiak*

## Certificate of Compliance

1) This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. (32(f), this document contains 114 words.

2) This document complies with typeface requirements because it has been prepared in a proportional spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Respectfully submitted,

*/s/ Matthew Larosiere*