FILED: August 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

       Defendant - Appellant

-------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

       Amici Supporting Appellant

_____

O R D E R
_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk