**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 12, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 23-4451,    <u>US v. Patrick Adamiak</u>
                2:22-cr-00047-AWA-LRL-1

TO:     Patrick Tate Adamiak

FILING CORRECTION DUE:  August 13, 2024

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Incorrect event used. Please refile document using the **brief** entry and select **reply** from the type of brief drop-down menu.

Anisha Walker, Deputy Clerk
804-916-2704