**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-4451,    <u>US v. Patrick Adamiak</u>
                2:22-cr-00047-AWA-LRL-1

TO:    United States of America
        Patrick Tate Adamiak
        FPC Action Foundation
        Firearms Policy Coalition

RESPONSE DUE: 09/12/2024

Response is required to the notice requesting information regarding similar cases on or before 09/12/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Anisha Walker, Deputy Clerk
804-916-2704