# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-4451    Caption: United States v. Patrick Adamiak

Argument Session For Which You Are Scheduled: December 10-13, 2024

Dates You Are Available To Argue in the Session (if any):

December 10-13, 2024

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

United States v. Joshua Ray, No. 24-4024

Other Relevant Information:

Party(ies) You Represent:

United States of America

9/10/2024
Date

*Jacqueline Bechara*
Counsel Signature

11/29/2021 SCC