# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 23-4451, United States v. Patrick Adamiak

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Merrick B. Garland, Attorney General, et al. v. Jennifer VanDerStok, et al., Supreme Court No. 23-852: Whether firearm precursor parts may be deemed firearms.

Signature: /s/ Joseph G.S. Greenlee    Counsel for: Amici Curiae Firearms Policy Coalition and FPC Action Foundation

Date: 9/12/2024

**File using event:** RESPONSE/ANSWER (to Similar Case notice)