UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

No. 23-4451

PATRICK TATE ADAMIAK,

Defendant-Appellant.

_____

**APPELLANT PATRICK ADAMIAK'S
MOTION FOR SUPPLEMENTARY BRIEFING**

Appellant previously brought to this Honorable Court's attention the Supreme Court case of *Garland v. Cargill*. (Doc. 73) In the 28(j) letter, Appellant pointed out the fact that *Cargill*, for the first time, saw the Supreme Court highlight the importance of each word in 26 U.S.C. § 5845's definitions, including "automatically" as an independent element to a machinegun analysis. Given the Eleventh Circuit recently ordered supplemental briefing in a case raising similar issues, *United States v. Ervin, et. al.*, (No. 23-13062, Doc. 61-1, 11th Cir. 2024), which is a case cited by both Appellant and the government, Appellant now respectfully

moves this honorable court to similarly order supplemental briefing on *Cargill*'s application to the instant case.

The undersigned has conferred with counsel for the government on the subject of this motion, and the government takes no position on it.

**WHEREFORE**, appellant Adamiak respectfully requests this honorable Court grant this motion and order supplemental briefing on *Cargill*'s application to the instant case.

Respectfully submitted this 16th day of September, 2024,

/s/ Matthew Larosiere
The Law Office of Matthew Larosiere
6964 Houlton Cir,
Lake Worth FL 33467
Tel: (561) 452 7575
Larosieremm@gmail.com

## Certificate of Service

I certify that a copy of the foregoing was sent by CM/ECF on September 16, 2024, and notice of this filing was electronically served on all parties there registered for service.

/s/ Matthew Larosiere
*Counsel for Appellant Patrick Tate Adamiak*

## Certificate of Compliance

1) This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 169 words.

2) This document complies with typeface requirements because it has been prepared in a proportional spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Respectfully submitted,

*/s/ Matthew Larosiere*

*Counsel for Appellant Patrick Tate Adamiak*