

          The Law Offices of  
          Matthew Larosiere

6964 Houlton Cir  
Lake Worth, FL 33467  
Telephone: (561) 452-7575  
Email: LarosiereMM@gmail.com

September 16, 2024

Nwamaka Anowi, Clerk  
U.S. Court of Appeals for the Fourth Circuit  
1100 East Main Street, Suite 501  
Richmond, Virginia 23219

     RE: *Adamiak v. United States*, No. 23-4451 Fed. R. App. P. 28(j)  
     Supplemental Authority Letter

Dear Ms. Anowi:

     The following decision supports Appellants' argument that the government cannot shirk its burden to prove a historical analogue in cases involving the National Firearms Act. *See* App. Doc. 55 § VIII (Appellant's brief).

     *United States v. Morgan*, No. 23-10047-JWB, 2024 WL 3936767, at *1 (D. Kan. Aug. 26, 2024) saw the indictment dismissed on Second Amendment grounds, similar to those raised below in the instant case, where the government relied on ostensibly the same authority it did in the instant case. The *Morgan* court recognized the charged statute "says nothing about the manner in which machineguns are carried or displayed. Instead [it] criminalizes the mere possession of such weapons without regard to how the possessor uses them." *Id.* at *4. The *Morgan* court also recognized that "there are over 740,000 legally registered machineguns in the United States today," foreclosing the argument that the Second Amendment would allow the

1

weapons at issue "to be prohibited solely on the basis that they are 'dangerous and unusual' or 'highly unusual in society at large[.]'" *Id*.

The *Morgan* court concluded that the government had failed to satisfy its burden in "identify[ing] a historical analog to the restrictions challenged" in that case." *Id.* at *5.

Very truly yours,

*[signature]*

Matthew Larosiere, Esq.
*Counsel for Appellant*
*Patrick Tate Adamiak*

## Certificate of Service

I certify that a copy of the foregoing was sent by CM/ECF on September 19, 2024, and notice of this filing was electronically served on all parties there registered for service, including:

JACQUELINE BECHARA,
*Assistant United States Attorney*

/s/ Matthew Larosiere
Matthew Larosiere
*Counsel for Appellant Patrick Adamiak*

## Certificate of Compliance

1) This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 206 words.

Respectfully submitted,

*/s/ Matthew Larosiere*

*Counsel for Appellant Patrick Tate Adamiak*