FILED: September 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

      Defendant - Appellant

------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

      Amici Supporting Appellant

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion to file supplemental briefing, the court grants the motion.

The parties are directed to file supplemental briefs addressing the application,

if any, of *Garland v. Cargill*, 602 U.S. 406 (2024), to the instant case.

The briefs are to be filed simultaneously and no later than October 4, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk