FILED: October 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

    Defendant - Appellant

-------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

    Amici Supporting Appellant

_____

O R D E R
_____

For reasons appearing to the court, this case is placed in abeyance pending a decision by the United States Supreme Court in *Garland v. VanDerStok* (S. Ct. 23-852).

For the Court

/s/ Nwamaka Anowi, Clerk