# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 7, 2024

_____

## CASE REMOVED FROM TENTATIVE CALENDAR
_____

No. 23-4451,    US v. Patrick Adamiak
                2:22-cr-00047-AWA-LRL-1

TO: Counsel

Please be advised that the court has removed this case from the group of cases tentatively calendared for oral argument. The court will issue a new notice of session assignment should the case be rescheduled for argument at a later session.

Naeemah Sims
Calendar Clerk
804-916-2714