**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-4451,   <u>US v. Patrick Adamiak</u>
               2:22-cr-00047-AWA-LRL-1

TO:   United States of America
      Patrick Tate Adamiak
      FPC Action Foundation
      Firearms Policy Coalition

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Anisha Walker, Deputy Clerk
804-916-2704