# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-4451     Caption: US v. Patrick Adamiak

---

Argument Session For Which You Are Scheduled: September 9-12, 2025

Dates You Are Available To Argue in the Session (if any):

Unknown until specific 11th cir argument date published

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

United States v. Ervin, et al. 23-13062, 11th Cir, week of September 8, 2025 in Jacksonville, FL.

Other Relevant Information:

The 11th Cir. case was tentatively scheduled for the same week (September 9-12) on May 5, 2025.

Party(ies) You Represent:

Patrick Adamiak

---

| 6/14/2025 | /s/ Matthew Larosiere |
|---|---|
| Date | Counsel Signature |

11/29/2021 SCC