FILED: November 5, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

       Defendant - Appellant

-------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

       Amici Supporting Appellant

_____

## TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

                                                                                               /s/Nwamaka Anowi, Clerk