FILED: November 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

      Defendant - Appellant

-------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

      Amici Supporting Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Agee, Judge Richardson, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk