FILED: November 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4451
(2:22-cr-00047-AWA-LRL-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PATRICK TATE ADAMIAK

    Defendant - Appellant

------------------------------

FIREARMS POLICY COALITION; FPC ACTION FOUNDATION

    Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered October 14, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*